Account Notes: 15512415  TREVOR L ALVERSON       11/14/2018  04:20:26 PM

Search String:

Date Range: First Note - Last Note

| Nbr | User | Date | Time | Typ… | Notes | Act/Res |
|---|---|---|---|---|---|---|
| 1 | LJC | 05/21/2018 | 08:42… | N | PRV TRN-Type: P Date: 03282018 Amount: 45.50 | |
| 2 | LJC | 05/21/2018 | 08:42… | N | PRV TRN-Type: P Date: 02162018 Amount: 45.50 | |
| 3 | LJC | 05/21/2018 | 08:42… | N | PRV TRN-Type: P Date: 10312017 Amount: 0.00 | |
| 4 | LJC | 05/21/2018 | 08:42… | N | PRV TRN-Type: P Date: 10132017 Amount: 150.00 | |
| 5 | LJC | 05/21/2018 | 08:42… | S | PRV TRN-Type: CR Date: 10312017 Amount: 184.80 | |
| 6 | LJC | 05/21/2018 | 08:43… | S | Set tie parameters to N,N,N et 2NEWREG2 index 1020370055 | |
| 7 | LJC | 05/21/2018 | 08:43… | S | (A-15512415) | |
| 8 | LJC | 05/21/2018 | 08:43… | S | Iser #100 et 2NEWREG2 index 1020370075 | |
| 9 | LJC | 05/21/2018 | 08:43… | S | lr #101 et 2NEWREG2 1 | |
| 10 | LJC | 05/21/2018 | 08:43… | S | 2999 DLC SERIES COMPLETE et 2NEWREG2 index 1020370077 | |
| 11 | nje | 05/22/2018 | 04:05… | S | Set assignment parameters to ,,100,0 et 3LON3NEW index | |
| 12 | nje | 05/22/2018 | 04:05… | S | 1020562898 (A-15512415) | |
| 13 | nje | 05/22/2018 | 04:05… | S | 3NEW NEW BUSINESS et 3LON3NEW index 1020562899 | |
| 14 | nje | 05/22/2018 | 04:05… | S | 3000 BEGIN REG COLLECT sys | |
| 15 | LDD | 05/22/2018 | 04:22… | S | ls #101 | |
| 16 | nje | 05/26/2018 | 07:00… | S | 3POE POSS POE ON FILE et MOVETOPOE index 1021535380 | |
| 17 | LGG | 05/29/2018 | 03:05… | S | Transferred from HD1 to LGG | |
| 18 | LGG | 05/29/2018 | 03:05… | S | Transferred from LGG to LKA | |
| 19 | SSG | 06/08/2018 | 07:05… | S | 06/07/18 10:38 303-591-3527 global connect party answered | |
| 20 | SSG | 06/20/2018 | 07:06… | S | 06/19/18 15:00 303-591-3527 global connect party answered | |
| 21 | SSG | 06/29/2018 | 07:06… | S | 06/28/18 12:19 303-591-3527 global connect party answered | |
| 22 | SSG | 07/11/2018 | 12:19… | S | lr #250 et SCL2NDLTR index 1032013816 1 | |
| 23 | SSG | 07/11/2018 | 12:19… | S | Updated udw 199,14 with 07/11/2018 et SCL2NDLTR index | |
| 24 | SSG | 07/11/2018 | 12:19… | S | 1032013817 (A-15512415) | |
| 25 | LDD | 07/12/2018 | 04:17… | S | ls #250 | |
| 26 | LKA | 07/16/2018 | 08:39… | S | Placed using Cont. Plat. BCS - Manual call 3035913527 | |
| 27 | LKA | 07/16/2018 | 08:41… | C | TRES ID ADD IDDCMM I ADV THAT HAVE NEW FILE | |
| 28 | LKA | 07/16/2018 | 08:41… | S | RIGHT PARTY CONTACT (conts) | |
| 29 | LKA | 07/16/2018 | 08:41… | S | 3POE POSS POE ON FILE | |
| 30 | LKA | 07/16/2018 | 08:41… | S | Telephone contact attempted today. | |
| 31 | LMJ | 08/21/2018 | 09:29… | C | HTO VER DOB IDDC MM | |
| 32 | LMJ | 08/21/2018 | 09:29… | S | RIGHT PARTY CONTACT (conts) | |
| 33 | LMJ | 08/21/2018 | 09:29… | S | 3POE POSS POE ON FILE | |
| 34 | LBG | 08/21/2018 | 09:37… | S | (gc) Inbound call from 303-591-3527 | |
| 35 | LBG | 08/21/2018 | 09:37… | C | HTO VRFY DOB/VALID IDDCMM  SD WAS ON THE PH WTH A REP AND | |
| 36 | LBG | 08/21/2018 | 09:37… | C | CALL DROPPED NOW PUT ME ON HLD TO ANS ANOTHER CALL | |
| 37 | LBG | 08/21/2018 | 09:37… | S | RIGHT PARTY CONTACT (conts) | |
| 38 | LBG | 08/21/2018 | 09:37… | S | 3POE POSS POE ON FILE | |
| 39 | LBG | 08/21/2018 | 09:37… | S | Telephone contact attempted today. | |
| 40 | SSG | 09/07/2018 | 09:57… | S | lr #337 et 3RDSCLLTR index 1043515126 1 | |
| 41 | SSG | 09/07/2018 | 09:57… | S | Updated udw 199,20 with 09/07/2018 et 3RDSCLLTR index | |
| 42 | SSG | 09/07/2018 | 09:57… | S | 1043515127 (A-15512415) | |
| 43 | LDD | 09/10/2018 | 04:30… | S | ls #337 | |
| 44 | FAT | 09/20/2018 | 08:46… | S | (gc) res 303-591-3527 | |
| 45 | FAT | 09/20/2018 | 08:46… | S | RIGHT PARTY CONTACT (conts) | |
| 46 | FAT | 09/20/2018 | 08:46… | S | 3POE POSS POE ON FILE | |
| 47 | FAT | 09/20/2018 | 08:48… | S | RIGHT PARTY CONTACT (conts) | |

DEFENDANT'S EXHIBIT A

| Nbr | User | Date | Time | Typ... | Notes | Act/Res |
|---|---|---|---|---|---|---|
| 48 | FAT | 09/20/2018 | 08:48... | S | 3POE POSS POE ON FILE | |
| 49 | FAT | 09/20/2018 | 08:49... | S | Route tie - Account 11359895 tied | |
| 50 | FAT | 09/20/2018 | 08:49... | S | Dbt SSN changed from  to ■■■ | |
| 51 | FAT | 09/20/2018 | 08:49... | S | Dbt ssn mirrored from account# 11359895 | |
| 52 | FAT | 09/20/2018 | 08:49... | S | Rp SSN changed from  to ■■■ | |
| 53 | FAT | 09/20/2018 | 08:49... | S | Rp ssn mirrored from account# 11359895 | |
| 54 | FAT | 09/20/2018 | 08:49... | S | Rp phone mirrored from account# 11359895 | |
| 55 | FAT | 09/20/2018 | 08:49... | S | Rp phone# changed from  to 720-690-4056 sys | |
| 56 | FAT | 09/20/2018 | 08:50... | S | 31PP PROMISE TO PAY 101218 101218 MON 25.00 | |
| 57 | FAT | 09/20/2018 | 08:50... | S | Account transferred via G.C. | |
| 58 | FAT | 09/20/2018 | 08:51... | S | I acknowledge changing the phone flag from  to * for debtor | |
| 59 | FAT | 09/20/2018 | 08:51... | S | phone number 303-591-3527 on account 15512415 means the | |
| 60 | FAT | 09/20/2018 | 08:51... | S | cell owner has given me permission to call this number | |
| 61 | FAT | 09/20/2018 | 08:51... | S | using an auto-dial contact platform and prerecorded | |
| 62 | FAT | 09/20/2018 | 08:51... | S | messages. | |
| 63 | FAT | 09/20/2018 | 08:51... | C | CKD DUPS CKD STAT LINES TRES ID DC MM H SD H CAN DO | |
| 64 | FAT | 09/20/2018 | 08:51... | C | $25/MNTH ON THIS IN ADDITION TO HIS OTHER P/A I AGREED H | |
| 65 | FAT | 09/20/2018 | 08:51... | C | WANTS PMTS DRAWN 10TH OF EA MNTH BUT WCB W/ THE PMT INFO | |
| 66 | BPR | 09/28/2018 | 12:39... | S | 3PHM TNSFR CALLS TO ATTY | |

DEFENDANT'S EXHIBIT A